## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAKE BYLSMA,                          :
                                      :
          Plaintiff,                  :
                                      :
    v.                                :        3:20-CV-1377
                                      :        (JUDGE MARIANI)
KILOLO KIJAKAZI, Acting               :        (Magistrate Judge Saporito) FILED
Commissioner of                       :                                    SCRANTON
Social Security[1],                   :
                                      :                                    OCT 26 2021
          Defendant.                  :
                                                                 PER
                                                                      DEPUTY CLERK

## ORDER

**AND NOW, THIS 26 DAY OF OCTOBER, 2021,** upon review of Magistrate

Judge Saporito's Report & Recommendation ("R&R") (Doc. 18) for clear error or manifest

injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 18) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED.**

3. The case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for

   further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge

_____

[1] Pursuant to Fed. R. Civ. P. 25(d), Kilolo Kijakazi, the current Acting Commissioner of Social Security, is substituted for former Commissioner of Social Security Andrew Saul as the named defendant in this action.